IN The U.S. District Court

Mitch TAEBEL
V.                                  Case No. 2:23CV258
Taylor Swift

-FILED-
JUL 24 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Complaint

Respondent Dr Taylor Swift May Be Guilty of Accessory to Kidnapping. Petitioner MR Mitch TAEBEL was kidnapped By Approximately Twenty Law enforcement employees of the United States Government After Making the Greatest Social Media Marriage Proposal the World Has Ever Seen. MR Mitch Taebel Is A Candidate For Secretary General of The United Nations, President of The United States, Ambassador to The U.N., Director of The U.S. Civil Rights Division And California Governor. MR Mitch TAEBELs ~~Victory~~ Marriage Proposal And Kidnapping Have Already Been IN International, National, State Wide Television Broadcasts IN the News Papers And IN News Media And Social Media Online. MR Mitch Taebel Will Win AN International Personality Contest

With Taylor Swift MR Mitch Taebel is The Prince of LA. And America MR Mitch Taebel is Related to Royalty on Both Sides of His Family to English Royalty on His Maternal Side And German Royalty on the other Side MR Mitch TAEBEL And Dr Taylor Swift Both Have Millionaire Stock Broker Parents MR Mitch Taebel And Taylor Swift Are obvious German American Soul mates MR Mitch Taebel is The Greatest Celebrity on Earth These Two Must Get Married Immediately See The 12 HR Film on Television on youTube Watch With Friends/Colleagues Throw A Party The Greatest Movie Ever Made to change the World For the Better And Get the two Greatest Celebrities IN America Married Everyone Is INvited to Google Mitch And Taylor Swift And Hire A Geneologist See His IMDB Instagram, TikTok, Facebook, LinkedIN, YouTube Channels And Read His Book Looking out For America on Amazon And on His Website see www.MitchTAEBEL.com And Twitter!!!

MR Mitch TAEBEL WAS IN A Super Bowl XLV ESPN Commercial Seen By over 162 million People in the United States According to Wikipedia MR Mitch TAEBELS Television Premere Was on Burn Notice Filmed In Miami While MR Mitch TAEBEL Was Still In College MR Mitch TAEBEL Moved to Ft. Lauderdale After Semester At Sea Where He traveled Around the World On A Luxury Super Yacht With over Seven Hundred College Students From Around the Country Before Departing From Ensenada Mexico MR Mitch TAEBEL Flew to SAN DIEGO Where A Girl With Pictures With Hillary Clinton On Facebook Picked Him up From the Airport then took Him to Her Place to Have Sex Before MR Mitch TAEBELS High School Best Friend David Rich the Quarterback And Prom King Gave Him A Ride to Meet up With His Semester At Sea Classmates After Giving Him A Ride to His Place to Meet His New Fiance MR Mitch TAEBEL is A Better Candidate For USA Ambassadar to the

U.N. And For President of The United States Because He is Semester At Sea Alumni MR Mitch TAEBEL chose to Travel Internationally For A Semester through University of Virginia Founded by Thomas Jefferson And Madison When others Did Not UVA At that time Required At Minimum A 3.8 GPA/4 Scale Enrollment MR Mitch TAEBEL Was the Most Popular Man on the Ship FALL 2007 He Has pictures And video With ALL the Best looking girls And MR TAEBEL Had Sex With More Women than Any other Man Most Likely After College MR Mitch TAEBEL Moved to California to Work in Entertainment And is Now the Greatest TV Host And Singer on Earth And Greatest Actor Before College MR Mitch TAEBEL Graduated High School Attaining His Diploma From A private Boarding School In Sedona Where He Dated the Best Looking girls Including Two Prom Queens And A very Attractive Playboy Model Named Sarah Summers Everyone is Invited to Google "Sarah Summers Playboy" When MR Mitch TAEBEL Was Unlawfully Arrested

in Malibu For Allegedly Driving on a Suspended License After Returning From Cabo San Lucas Miss Sarah Summers Picked Him up From the Police Station MR TAEBEL later Represented Himself in Court And was 100% Successful Getting A Dismissal At the First Court Appearance with Exonerating Evidence Because MR Taebel Was Not Detained! Congress Needs to Pass A Charge Approval Act As Dr Taylor Swift Would Not in Any Way Agree to MR Mitch TAEBEL's Current Unconstitutional Detainment By A "Cash only" Bail MR Mitch TAEBEL is La Lumiere High School Alumni the Most Prestigeous High School in LaPorte County And in the United States As is Chief Judge John Roberts of the Supreme Court of The United States And other Celebrities And Public Figures Including Jim Gaffigan Chris Farley And More see Wikipedia Celebrities Do Not Want other Celebrities In Jail A Few of the Greatest Actors on Earth Have Spent A Little time In Jail Early In their Careers However this usually only Happens Once in their Life MR Mitch Taebel

Who Has No Priors on Public Record in the State of Indiana Has Been Kidnapped By Fraudulent Allegations of Sending threatening Messages From An Instagram Account that is Not Owned or operated By MR Mitch TAEBEL Who Informed the Court At His Initial Appearance that the Description of the Account And Messages Was Definetly Not Owned By MR TAEBEL And that Should Be Very Easy to Prove the only other Allegation IN the Complaint Was that MR Mitch TAEBEL Left Several Messages weeks/months prior With Dr Taylor Swifts Management Company MR Mitch TAEBEL is A TV Host And SAG AFTRA Member Since 2011 See His IMDB Taylor Swift is 33 Not Married And Very Very Interested IN MR TAEBEL She Even Broke up With Her Boyfriend of over six years For MR Mitch TAEBEL It Was IN International News And All over Social Media the Day After MR Mitch TAEBEL Released A SHR Zom'in Marriage proposal Movie For

Her on YouTube the Film is Public on MR TAEBEL's Channel (MR Mitch TAEBEL And Dr. Taylor Swift Did Not Meet up shortly After that As Was Expected By Many of their Fans, The Media And Entertainment Industry Many People think CIA Have threatened Miss Swift which Could Be the only Possible Explanation For these Two Obvious Soul Mates Not Yet Meeting Also this MR Joe Biden is Most Definately Guilty of Treason If Anyone under His Administration Has IN Any Way threatened the Very Very Likely Future First Lady of the United States, And Kept Her Meeting the Smartest, Best Looking Funniest Most Likeable Most Popular And Youngest Legitamate Presidential Candidate of ALL Time MR Biden is Most Definately Guilty of Treason No Rational Human Being Could Imagine Anything More Diabolical And Unjustified than Keeping Obvious Soul Mates Apart MR Mitch TAEBEL's Cousin Kim is One of the Smartest Women He Knows And Worked IN the CIA After Attending

Georgetown University she got Married And Quit Because All She Wants to Do is Have Babies And Watch Her girls She Now Has Five children All girls MR Mitch JAEBEL And Dr Taylor Swift Must Get Married Immediately Dr Taylor is 33 And MR Mitch Wants to Have As Many girls As Possible With His Beautiful Obvious Soul Mate Furthermore the IQ And Athletic Ability of their children is Dropping Every Minute Taylors Fans Agree MR Jaebel Is The Greatest Presidential Candidate of ALL Time And There is Nothing Her Fans Want to See More than Taylor Happily Married With As Many Little girls As Possible Women Love this Marriage Proposal MR Mitch JAEBEL is A TV Host And Has Met other Celebrities On Camera See His First Film For Dr Swift Celebrities Mitch JAEBEL And Taylor Swift Are Getting Married MR Mitch JAEBEL Works At WNIT PBS And His Co Host And producer Declined Payment From PBS who Has limited Funding

Like Most Non Profits However A TV Host is the Most Respectable Position Profession On Earth And One of the Highest Paying TV Hosts Are Usually the Smartest And Funniest People in the Entertainment Industry Perhaps Taylor Swift Did/N'ot Believe that this Highly Intelligent Comedic Social And Pragmatic Problem Solving Genius Could Possibly Not Have the Money to Send Airplanes With Banners Blimps And Hot Air Balloons to Get Her Attention However He Did Make The Greatest Movie Ever Made 12 HRS Long And The Greatest Movie Ever Made Before the 12 HR Film that Was 1 HR 42 Min And On IMDB MR MHC THEBSE Won Two Film Awards in 2017 And His Latest Films Are For Many Reasons The Greatest Films Ever Made As His First Films Were Dr Taylor Swift Has Recently Got Into Filmmaking And Before the Release of Her Latest Album She Was Doing talk Shows About Her Short Film All Too Well See The Behind The Scenes She is Very Ready

to Marry MR Mitch TAEBEL Watch His Latest Films And Everything on Dr Taylor Swifts And MR Mitch Taebels Youtube Channels these two Are Obvious Soulmates And Must Meet Immediately The Only Reason She is Not Already Married is Because MR Mitch TAEBEL is Her Very Obvious SoulMate The Purpose of Bail is to Secure Release Not Just out of Reach of the Accused Innocent Unless Proven Guilty Means the Accused Must Retain As Many Legal Rights As Possible And Should only Be Detained to ensure Appearance In Court And In Some Cases Protect the Public See Case No. 46D01-2305-FS-771 in LaPorte County The Charges Are Facially Insufficient And Lack Mens Rea Because As MR Taebels Instagram Videos Prove He Has Reason to Believe 1) Miss Swift Was Obviously either Coerced into Making A Complaint or More Likely He employees Who MR TAEBEL Publicly Accused of Incompetence And Needing to be Fired Did And 2) Because the Instagram Account Clearly Did Not belong to MR Taebel And Apple Google Instagram Ect Can All Prove that MR Taebel Did Pay $2200 For Tickets in Nashville to Meet Dr Taylor Swift See The 40 Min Video On Facebook And MR Taebels 2nd Youtube Channel The Video "Untitled" See Also Taylors Documentary on Netflix Miss Americana MR Mitch Taebel is Smarter And Better Looking than Prince Charles Whom She Wanted to Marry Before Meeting They Met on Camera See Youtube MR Mitch Taebel Must Be Released Immediately By Bail Reduction Dismissal of All Charges And Make A Press Statement /s/

Dated 7/17/23  Attached As Exibit A Letter From Miss Swift And Her Attorneys!!! Mitch TAEBEL