IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| 13 MANAGEMENT, LLC, and ) <br> FIREFLY ENTERTAINMENT, INC. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MITCHELL TAEBEL, ) <br> ) <br> Defendant. ) | Case No. 23C1033 |

## NOTICE OF CONTINUANCE OF JUNE 22, 2023 HEARING

Plaintiffs hereby provide notice that Plaintiffs request that this Court indefinitely continue the hearing on Plaintiffs' Petition for Criminal Contempt be postponed indefinitely. Defendant Mitchell Taebel was served with the signed, dated, and time-stamped Notice of Hearing on Petition for Criminal Contempt and Order to Appear and Show Cause per the Court's direction, in addition to the Notice of Rights and Motion for Criminal Contempt. However, Defendant is presently incarcerated in the La Porte County, Indiana Jail, and has not received notices informing him of the ability to attend the hearing via Zoom or telephone, and his appointed counsel in Indiana will not accept service for him.

Consequently, Plaintiffs respectfully request that this Court indefinitely continue the hearing on the Petition for Criminal Contempt so that Defendant can be provided a full and fair opportunity to respond to the Petition.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ *William T. Ramsey*
William T. Ramsey, #9245
Mariam N. Stockton, #029750

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile

*Counsel for Plaintiffs 13 Management LLC
and Firefly Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2023, a true and correct copy of the foregoing was served via U.S. Mail, first class, postage prepaid, upon the following:

Mitchell Taebel
2020 Goldengate Dr.
Long Beach, IN 46360-1467

Mitchell Taebel
La Porte County Jail
809 State St.
La Porte, IN 46350

/s/ *William T. Ramsey*

MR MITCH TAEBEL Demands $100 Billion or A Video Call With Mrs Swift

**NEAL | HARWELL**
ATTORNEYS AT LAW
1201 Demonbreun Street | Suite 1000 | Nashville, TN 37203

NASHVILLE TN 370
21 JUN 2023 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.60
06/21/2023 ZIP 37203
043M31241784

US POSTAGE

S2-1
Bag #4711

Mitchell Taebel
La Porte County Jail
809 State Street
La Porte, IN 46350

46350-337711