MR. Mitch TAEBEL
La Porte County Jail
809 State Street
Laporte, IN 46350

RECEIVED
JUL 20 2023
Michael A. Brown
CLERK LAKE SUPERIOR COURT

★ USA ★ FOREVER ★

U.S. District Court
1001 Federal Plaza Lane
Hammond, IN 46342