TO U.S. District Court

-FILED-
JUL 24 2023
At Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Hello,

MR Mitch Tachel the Greatest Celebrity on Earth And Candidate For Secretary General, President of the United States, Director of the U.S. Civil Rights Division And/or Governor of California Has Been Kidnapped Again And Is IN National State Wide And A Lot of Internet And Social Media News You Are Everyone At the U.S. District Court Is Invited to Google MR Mitch Tachel And/or Mitch And Taylor Swift You May Recall I wrote to this Court in 2018 After A Kidnapping in Arizona that Was on National TV Got Hundreds of Broadcasts Nationwide Then MR Mitch Tachel Made The Greatest Press Statement Ever Made By A Person Accussed of A Crime see YouTube Also There is A Video on YouTube of the 60 mile slow speed Police Pursuit with over 3 million views MR Tachel is the Greatest Smartest Funniest Best Looking Presidential Candidate of All Time

MR Tachel Has Been Filing Letters In Court In LaPorte County He Has Allegedly Stalked Dr Taylor Swift After Making the Greatest public social media Marriage proposal He is Detained By A $15,000 cash only Bail Judge David Childesten then over two weeks later Additional similar charges were Brough Judge John A Link set Bail At $2,555 From what I Hear Violators of A Trup Restraining order Usually get probation or Spend only A Few weeks in Jail MR Tachel Expects they will offer A Plea Agreement Next Court Date July 27th However He Has Been Unlawfully Detained since June 5th See Case # 46D01-2305-FS-771 And 46D04-2306-F6-840 The 1st Case Clerk Has Refused to File pro se Affidavits/Letters on Public Record Several public statements May Be Available on the 2nd Case MR Tachel Has No Criminal priors In the state of Indiana MR Tachel is Requesting the Address For the South Bend D.C.

Dated 7/15/23   Booking # 133704   Mitch Tachel