To Clerk of Courts

Hello, please provide the following contact information, phone numbers and addresses

1) USDC in South Bend

2) WGN Indianapolis who broadcasted this kidnapping

3) Fox59, ABC, CBS Indianapolis

MR Mitch Taebel is a TV Host and Award Winning Political Film Director This is An Attack on The Constitutional Rights of Every Citizen And All Media,

MR Mitchell T. Taebel Thank you!