Mr Mitch Tachel
Laporte County Jail
809 State Street
Laporte, IN 46350

US District Court
Clerk of Courts
1001 Federal Plaza Lane
Hammond, IN 46342



S SUBURBAN IL 604
17 JUL 2023 PM 4 L