UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MITCHELL TAEBEL, *also known as* Mitch Taebel,

    Plaintiff,

    v.

TAYLOR SWIFT,

    Defendant.

CAUSE NO. 2:23-cv-00258-HAB-SLC

## ORDER

Mitchell Taebel, a prisoner without a lawyer, filed this lawsuit, but did not pay the filing fee or file an in forma pauperis motion. If he wants to continue this lawsuit, he must resolve his filing fee status either by paying the filing fee or filing an in forma pauperis motion with a copy of his inmate trust fund ledger detailing his transactions for the past six months.

For these reasons, the clerk is DIRECTED to place this cause number on a blank **AO 240 (Rev. 7/10) (INND Rev. 8/16) Prisoner Motion to Proceed In Forma Pauperis** and send it to Mitchell Taebel who is GRANTED until **August 31, 2023**, to respond to this Order and CAUTIONED if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED. Entered this 27th day of July 2023.

    /s/ Susan Collins
    Susan Collins
    United States Magistrate Judge