In The U.S. District Court

Mitch JAEBEL

v.                    Case No.

Taylor Swift

-FILED-
JUL 31 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MR Mitch JAEBEL Will Beat Taylor in A National International Popularity Contest International Personality Popularity Contest MR Mitch JAEBEL was A Prom King Nominee And is Dr. Taylor Swift's Very obvious German American Soul mate MR Mitch JAEBEL is Related to Royalty on Both Sides of His Family to The English Crown on His Mother's Side to German Royalty on the other Side Everyone is Invited to Hire A Geneologist According to Letter Passed From one Generation to the Next there Was A 60 Bedroom Castle In German in the Family Not too Long Ago MR Mitch JAEBEL is Much Smarter And Cooler than Anyone Who Works For Taylor or Has Ever Been in Any of Her Music Videos These two Must meet Immediately They Are obvious Celebrity Soul Mates Who Both Had Millionaire

Stock Broker Parents MR Mitch TAEBEL is Now Detained By Confused Human Beings Who Are Apparently Not Smart Enough to Have A Sense of Humor or Meaningful Public Discussion MR Mitch TAEBEL just Wants to Be Married to His Very Obvious Soulmate His Kidnapping June 15th And His Public Social Media Marriage Proposal (Genius Lover And Comedic Star) Have ALL Been in National International Statewide Online News And Viral on Social Media Their Fans Swifties the Entertainment Industry Music Industry Media girls Everywhere ALL Agree these two Must Meet Immediately This is Not the Stone Age the Best of the Best Semester At Sea Alumni La Lumiere High School Alumni See Wikipedia College Graduates Award Winning Political Film Directors And Award Winning TV Hosts Cannot Be Kidnapped And Tortured in Punitive PreTrial Detainment See Bell v. Wolfish (1979) Any Intentional Infliction of Emotional Suffering Duress by Any Pretrial Detainment For Any SAG AFTRA RH Member Most Certainly Is Torture A Serious Capitol Offense The Purpose of the Eighth Amendment

is obviously to Secure the "Right to Release", see US v. Salerno The Purpose of The Eighth Amendment Obviously is to Secure Release Not For Bail to Be Low Enough Just Out of Reach to Torture Torment Harass And Unconstitutionally Detain the Accussed Who May Be Infinately Smarter than Anyone Who Would Work Any Where In the Criminal Justice System The Purpose of Bail is to Secure Release After An Arrest So the Accussed Can Make A Defense Any Respectable Person or And The Wrongly Accussed Obviously Will Need to Gather Exonerating Evidence And/or Exonerating Character Evidence At the Very Least MR Mitch TAEBEL Has Been Detained in the LaPorte County Jail Since June 5th And the State And County Who Are Obviously Responsible For Appointing Effective Assistance of Counsel Have Emensely Failed At Doing So MR Mitch TAEBEL Has Only Spoke Briefly With His Appointed Lawyer(s Assistant MR Mitch TAEBEL Who Dates Celebrities Singers Actresses Models Two Prom Queens And A Very Attractive Everyone Google Sarah Summers Playboy He Dated And Has Known Since High School in Sedona And From LA,

Prosecute For Kidnapping, Prosecute For Kidnapping

MR Mitch TAEBEL Has Never Met With or Even Spoken to Appointed Counsel Elizabeth Flynn (219) 872-2100 MR Mitch TAEBEL Was Unlawfully Arrested And Has Been Detained By People Not Smart Enough to Have Any meaningful Public Discussion MR MITCH TAEBEL Made The Greatest Press Statement Ever Made By Any Person Ever Accussed Of A Crime / or Arrested Last Time MR TAEBEL Was Kidnapped in 2018 In Tempe While Attending Arizona State University For Film And Media Production For One Semester ASU is One of the Largest Universities in the World With over 70K Students See Wikipedia For Notable Alumni Celebrities And Entertainers Including Jimmy Kimmel Everyone is Invited to Google MR Mitch TAEBEL And See All His Social Media Instagram, Youtube, TikTok, Twitter, Facebook, LinkedIN, ModelMayhem And His Website WWW.MitchTAEBEL.Com Ect... MR Mitch TAEBEL Asuming His Media Has Not Been Tampered With proves Absolutely proves He is the Smartest Man Social, Comedic And problem pragmatic problem Solving Genius It proves His Social Media Absolutely proves MR Mitch TAEBEL is the Greatest Ladies Man on Earth And Taylor Swift

SAG AFTRA Made This Kidnapping Torture!

is His Very Obvious Soulmate MR Mitch TAEBEL Has Been Deprived of the Right to Make A Press Statement After the Most Controversal And Interesting Kidnapping on Planet Earth MR Mitch TAEBEL Was in A Super Bowl XLV Commercial Seen By Over One Hundred Sixty Two Million People in The United States Not Including International Viewers See Wikipedia The Media Called MR TAEBELs Kidnapping In As A "High Profile Arrest" MR Mitch TAEBEL With Taylor Swift Are the Greatest Celebrities on Earth See His IMDB And Compare Their YouTube Channels And Instagrams MR TAEBEL Was On Television In A Number of National Broadcasts on CNN Fox ABC CBS And on Broadcasts State Broadcasts All over the Country Very Likely Over One Hundred Broadcasts One of the YouTube Videos Uploaded By Fox Nation Has Over Three Million Views It is On MR TAEBELs Playlist of The 60 Mile Mostly Slow Speed Vehicle Pursuit MR Mitch TAEBEL Was on A Xoom.com National International BBC Television Commercial, In A Farmers Boys Southern California Commercial And In A Yahoo Genome Commercial ECT MR TAEBEL Was on A Number of TV Shows Including Burn Notice And Americas

TV Host Detained After Arrest is Torture!
Court Ect Was in the Movie BFF And Baby, IN A Scientology Movie The History of L Ron Hubbard Ect See His IMDB 3 The Purpose of Bail is to Secure Release And Obviously It Would Be A Violation of Equal Protections If Only the Opulent Were Able to Secure Release. MR Mitch TAEBEL Worked on the Set of New Years Eve the Movie in Times Square For Two Days And Met Ryan Seacrest, Michael Bloomberg And Ashton Kutcher Ect Innocent Unless Proven Guilty Means the Accussed is Supposed to Retain As Many Legal Rights As Possible The Presumption of Innocence In every Modern Country Around the World And Most Certainly In America Means the Accussed Must Be Released When Circumstances Permit the Accussed May Be Detained Briefly However His/Her Bail Must Be Lowered to Attain Release If Necessary See U.S V. Salerno The Accussed In Some Cases May Be Detained Briefly to 1) Ensure His/Her Presence In Court or 2) For Public Safety MR Mitch TAEBEL is An Award Winning TV Host And Political Film Director Obviously Every Competent Law Enforcement Agency Includes A Google Search In Reports MR TAEBEL is Famous And Should Not Need to Remind Any Judge, Prosecutor Law Enforcement

Keeping SAG-AFTRA Member In Pretrial Detainment Is Torture!
Officer Ect to Google Him MR Mitch
TAEBEL is A TV Host Semester At
Sra Alumni YouTube And Google to Sra All
the Great Documentaries Obviously
MR TAEBEL Does Not Need to Be Detained
to Appear in Court or For Public Safety He
is A TV Host Who Works At WNIT PBS
His CoHost And Producer Declined Payment
As PBS Lacks Sufficient Funding Like Many
Non profits Obviously A TV Host And College
Graduate Should Not Be Detained in
Jail For Any Period of Time After An Arrest An
Unfortunate Arrest "Punative Pretrial
Detainment" Was Ruled Illegal Many Years
Ago Has Always Been, See Bell v. Wolfish (1979)
Apparently No one Really Has Any Constitutional
Or Due Process Rights In this Country
Any More Except Maybe the Most Respectable
People in Society or those With Great social
Media A TV Host is Definetly one of
the Most IF Not the Most probably
the Most Respectable Position in
Society TV Host Are Usually Much Smarter
And Get Payed A Lot More than
the POTUS! Ten out of Ten Pretrial
Detainees Did Not Graduate High School
MR Mitch Tackels College And His Transcripts
Are Available For Download From His Website
And Have Been Emailed to Over One Thousand

Any SAG AFTRA Union Actor Actress important Potential Abduction Retaliation Torture

Contacts Mostly in Entertainment And Media Approximately 10/10 Detainees Didn't graduate High School MR Mitch TAEBEL A TV Host And Americas MVP Must Be Released Immediately MR Mitch TAEBEL Has Been Kidnapped And Unlawfully Detained by Human garbage Apparently Not smart Enough to Have Any meaningful Discussion or Debates MR Mitch TAEBEL is Smart Enough to Obliverate Anyone Stupid Enough to Arrest Him on Television Or in public Debates We Can Not Allow the Stupid the Mentally Ill the Rejects of Society to Kidnap And unlawfully Detain the Smartest Brightest Healthiest Best of the Best members of Society is this A Retard Apocolypse MR Mitch Taebel Has No Criminal priors on public Record in the State of Indiana the Police chief looked Like A Sheepish Dog when MR Taebel was Framed And Unlawfully Arrested He is Not the Brightest MR TAEBEL Hs Spoke to Him in His office And sees Him in town He is However smarter than Most Police MR TAEBEL thinks this is An Obvious homosexual Conspiracy

Anyone Who Keeps Saying HHRA Please in jail to get MR Mitch TAEBEL to talk to the rejects weird gay people And criminals of Society / MR TAEBEL Doesn't know of Any prom King Nominees that Have Ever Put Anyone In jail MR TAEBEL Should be On the West Coast MR TAEBEL Doesn't like to Spend too Much time in Long Beach, Indiana As INDIANA is too close to Zoo york City MR Mitch TAEBEL Should Be On The West Coast or in A Resort Destination Somewhere Abroad MR Mitch TAEBEL grew up on the Beaches in F.T. Lauderdale South Florida Los Angeles Malibu Santa Monica, And Here MR TAEBEL Has Been Watching Baywatch Season 3 And thinks that is Normal Because He grew up on the Beach And Because He likes California MR TAEBEL Has Also Been Watching Dallas Cowboys Cheerleaders making the Team Two of the Greatest TV shows Ever Made And The Office Another Great Show MR TAEBEL Met Actor John Krasinski MR TAEBEL Also Watched the Pilot of Superstore There is A Marriage Proposal At the End Where An Actor Seeking Representation in All Areas Gets Arrested Before Getting Married She Accepts His Marriage Proposal Not Sure FF this Was What Someone Had in Mind Here

SAG-AFTRA Statement petition to Execute for Torture!

MR Mitch TAEBEL is An Award Winning Director And Producer And Will take the () time to Watch just About Any pilot that Recieves A Contract And Gets picked up By A Major Network MR Mitch TAEBEL Watched the pilot A Few Years Ago When Unlawfully Detained In Arizona then Again Yesterday Watching Baywatch MR Mitch TAEBEL Noticed Alexandra Paul Got Better Looking As she got older MR Mitch TAEBEL Also Likes Mad Men And Modern Family, The Voice Ect... MR TAEBEL May Be Able to Watch A Little TV While kidnapped (However they Are Poisoning the Food MR TAebel often Gets Sick After Meals And Must Be Released Immediately And Have His Blood urine Liver And Kidneys Tested Only the Most Depraved Diabolical Humans Would Poison A Presidential Candidates Food MR Mitch TAEBEL Has Been Detained by Degenerates Who Are Not Smart enough to Have Any meaningful Conversation or Public Debates MR Mitch TAEBEL Has Been Campaigning For President of The United States on TV Radio Published in the Newspaper Registered With The Federal Election Commission This is About Queers Rejects

MR TAEBEL Is Ready To Move To Australia!

Dumbest Parasites on Earth Human Bacteria Illegally Detaining People A Trillion Times Smarter than they Are Because they Arn't Smart Enough Not to Do Something they Can Legally be Killed For by Committing Capitol Offense After Capitol Offense Every Day MR Taebel is Unlawfully Detained By Humans Not Smart Enough to Have Discussion Figure Out What is Happening, Google MR Taebel, Ask Intelligent Questions or Give MR Taebel Plenty of Time to Speak Dr Taylor Swift is A Public Figure MR Mitchel Taebel is A TV Host And Presidential Candidate Public Figures Do Not Have Defamation Rights As Every one Else Does Even IF Dr Swift Didn't Want to Marry Him He Most Certainly Is the Smartest Man on Earth Could Talk About Her As Much As He Wants on TV Radio And Social Media He is Smarter than Anyone And Very Influencial No President Has Ever Been Elected He Didn't Allow To Be Elected MR Taebel Brought This to MR Bidens Attention Publicly Asking to Make Sure Dr Taylor Swift Had Not Been Threatened And Feels Safe Meeting With Me Biden Would Be Guilty of Treason IF He Allowed Anyone to Prevent Her From Meeting With Her Fiance Obviously these Two Should have Met by Now Ten of Ten of Her Fans Should Agree MR Taebel's Facebook Shows Two Prom Queens He Dated Posting on His Wall Five Years Later And Two Girls From Semester At Sea Posting on His Wall Two Years Later MR Taebel Must Be Released Immediately!

Dated 7/21/23

MITCH TAEBEL



1201 Demonbreun Street | Suite 1000 | Nashville, TN 37203

S2-1
Bag#471



NASHVILLE TN 370
21 JUN 2023 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.60⁰
06/21/2023 ZIP 37203
043M31241784

Mitchell Taebel
La Porte County Jail
809 State Street
La Porte, IN 46350

46350-337711

# IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| 13 MANAGEMENT, LLC, and <br> FIREFLY ENTERTAINMENT, INC. <br><br> Plaintiffs, <br> v. <br><br> MITCHELL TAEBEL, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 23C1033 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CONTINUANCE OF JUNE 22, 2023 HEARING

Plaintiffs hereby provide notice that Plaintiffs request that this Court indefinitely continue the hearing on Plaintiffs' Petition for Criminal Contempt be postponed indefinitely. Defendant Mitchell Taebel was served with the signed, dated, and time-stamped Notice of Hearing on Petition for Criminal Contempt and Order to Appear and Show Cause per the Court's direction, in addition to the Notice of Rights and Motion for Criminal Contempt. However, Defendant is presently incarcerated in the La Porte County, Indiana Jail, and has not received notices informing him of the ability to attend the hearing via Zoom or telephone, and his appointed counsel in Indiana will not accept service for him.

Consequently, Plaintiffs respectfully request that this Court indefinitely continue the hearing on the Petition for Criminal Contempt so that Defendant can be provided a full and fair opportunity to respond to the Petition.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: */s/ William T. Ramsey*
William T. Ramsey, #9245
Mariam N. Stockton, #029750

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile

*Counsel for Plaintiffs 13 Management LLC
and Firefly Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2023, a true and correct copy of the foregoing was served via U.S. Mail, first class, postage prepaid, upon the following:

Mitchell Taebel
2020 Goldengate Dr.
Long Beach, IN 46360-1467

Mitchell Taebel
La Porte County Jail
809 State St.
La Porte, IN 46350

*/s/ William T. Ramsey*