Mr. Mitch Jacob #
La Porte County Jail
809 State Street
La Porte, IN 46350

U.S. District Court
1001 Federal Lane Plaza
Hammond, IN 46342