UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MITCHELL TAEBEL,<br><br>   Plaintiff,<br><br>   v.<br><br>TAYLOR SWIFT,<br><br>   Defendant. | CAUSE NO. 2:23-CV-258-HAB-SLC |

ORDER

Mitchell Taebel, a prisoner without a lawyer, was granted until August 31, 2023, to resolve his filing fee status. ECF 3. Though he sent the court two letters and a supplemental complaint, he makes no mention of his filing fee status. ECF 4, 5, and 6. Instead, he explains he is running for president and "is the greatest celebrity on Earth." ECF 4. He says he was a prom king nominee who will beat Taylor Swift in an international popularity contest. ECF 5. He says he "is the Prince of America[;] smarter and better looking than Prince Charles of England." ECF 6 at 1. He says he is the victim of a homosexual conspiracy and that homosexuality should be criminalized. He says he wants to marry Taylor Swift and that he is a billion times smarter than she is. He says many other things, but nothing about his filing fee status. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and though he wrote to the court several times, he did not respond to the filing fee issue. This case will be dismissed, but because he filed it when he was a prisoner, he is required by 28 U.S.C. § 1915(b) to pay the filing fee.

For these reasons,

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **Mitchell Taebel, IDOC # Unknown, LaPorte County Jail # Unknown**, to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on September 13, 2023.

s/Holly A. Brady
CHIEF JUDGE
UNITED STATES DISTRICT COURT